EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 3 2004

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR04-00186 DAE |
| Plaintiff, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | [18 U.S.C §922(g)(1); 18 |
| DARREN CHANG, ) | U.S.C. §922(g)(9); 18 U.S.C. |
| ) | §924(a)(2)] |
| Defendant. ) | |

### INDICTMENT

### COUNT 1

[18 U.S.C. §922(g)(1); 18 U.S.C. §924(a)]

The Grand Jury charges:

On or about April 28, 2004, in the District of Hawaii, defendant, DARREN CHANG, having been convicted of a crime punishable by imprisonment for a term exceeding one year,

knowingly possessed in and affecting commerce, a firearm and ammunition, to wit: a Smith and Wesson .38 caliber 5 shot revolver bearing serial number 80232 and containing one round of .38 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 2

[18 U.S.C. §922(g)(9); 18 U.S.C. §924(a)(2)]

The Grand Jury further charges:

On or about April 28, 2004, in the District of Hawaii, defendant, DARREN CHANG, having been convicted in any court of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce, a firearm and ammunition, to wit, a Smith and Wesson .38 caliber 5 shot revolver bearing serial number 80232 and containing one round of .38 caliber ammunition.

//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(2).

DATED: 5/13, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section

_____
EDRIC M. CHING
Assistant U.S. Attorney

<u>United States v. Darren Chang</u>
Cr. No._____
"Indictment"